UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KIMBERLY SCHLICHTER, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18-cv-403 |
| | ) |
| UNUM GROUP and | ) |
| PROVIDENT LIFE AND ACCIDENT | ) |
| INSURANCE COMPANY | ) |
|     Defendants. | ) |

## Certificate of Service

The undersigned hereby certifies that Defendants' Responses to Plaintiff's Rule 30(b)(6) Deposition Notice *Duces* Tecum For Defendant Unum Group were served on October 4, 2018, via electronic mail, to: Talia Ravis, travis@erisakc.com and Chad Beaver, cbeaver@beaver-law.com

                                              Respectfully submitted,
                                              STINSON LEONARD STREET LLP

                                              By: s/William E. Hanna
                                                  William E. Hanna, MO # 39556
                                                  Christopher J. Leopold, MO # 51407
                                                  1201 Walnut, Suite 2900
                                                  Kansas City, MO 64106-2150
                                                  (816) 842-8600 / (816) 691-3495 (F)
                                                  william.hanna@stinson.com
                                                  chris.leopold@stinson.com

                                              ATTORNEYS FOR DEFENDANTS

### Certificate of Service

    I certify that on October 9, 2018, a copy of the above was served via the Court's CM/ECF System, which sent notice to all parties receiving electronic notices.

                                                  s/William E. Hanna
                                                  Attorney for Defendants