# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY SCHLICHTER, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-403-CV-W-FJG |
| | ) | |
| UNUM GROUP and | ) | |
| PROVIDENT LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY | ) | |
|     Defendants. | ) | |
| | ) | |

## NOTICE OF VIDEOTAPED DEPOSITION

**PLEASE TAKE NOTICE** that at **1:00 p.m.** on **DECEMBER 7, 2018**, at McCarthy Reporting, 12 Harvard Street, Worcester, MA 01609, counsel for Plaintiff will take the deposition of **LYNN MCGUINESS** before a notary public or other officer authorized by law to administer oaths either by federal law or by the law in the place of examination. The deposition will be recorded by audiovisual and stenographic means by a court reporter and videographer certified to record depositions, and is intended to be used for all lawful and proper purposes, including use at trial as evidence. The deposition will begin on the date and time listed above and will continue from time to time until completed. Plaintiff will use the following provider(s) for audiovisual and stenographic services: McCarthy Reporting, 12 Harvard Street, Worcester, MA 01609.

Respectfully submitted,

**LAW OFFICE OF TALIA RAVIS, PA**

By: /s/Talia Ravis_____
Talia Ravis     MO Bar #58366
9229 Ward Parkway, Suite 370
Kansas City, Missouri 64114
816-333-8955 (tel)
1-800-694-3016 (fax)
travis@erisakc.com

-And-

Chad C. Beaver    MO Bar No. 54141
**BEAVER LAW FIRM, LLC**
(816) 226-7750 | Office
(816) 817-0540 | Fax
cbeaver@beaver-law.com
1600 Genessee Street, Suite 920
Kansas City, Missouri 64102
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on OCTOBER 31, 2018, a copy of the above and foregoing document was served by:

(X__) Filing it with the Court's CM/ECF system;
(__) U.S. Mail, postage-prepaid;
(__) Facsimile;
(_X_) Email;
(__) Federal Express; and/or,
(__) Hand delivery, upon:

William E. Hanna
Christopher J. Leopold
Stinson Leonard Street LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
(816) 842-8600 / (816) 691-3495 (F)
william.hanna@stinson.com
chris.leopold@stinson.com

/s/ Chad C. Beaver_____
ATTORNEY FOR PLAINTIFF